### 4002. HALL *v.* THE STATE.

RUSSELL, J. No error of law is complained of, and the evidence authorized
the conviction of the accused.          *Judgment affirmed.*

DECIDED OCTOBER 22, 1912.

Accusation of cheating and swindling; from city court of Dub-
lin—Judge Hicks. January 20, 1912.

*Burch & Burch,* for plaintiff in error.

*George B. Davis, solicitor,* contra.